Rory J. Linerud, OSB # 970061
Rory@LinerudLawFirm; rorylinerud@hotmail.com
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| JOSEF DUBRAWSKY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL No. 3:23-CV-00126-HL ) |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ORDER AWARDING FEES ) PURSUANT TO 42 U.S.C. § 406(b) ) |
| Defendant. | ) |

Attorney fees in the amount of $23,401.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). This fee must be offset by an EAJA fee that was awarded in the amount of $8,000.00. After offset, the net amount of the attorney fee payable is $15,401.75. The Court finds this is a reasonable fee. IT IS SO ORDERED. The additional fee of $15,401.75 shall be made payable and sent to Plaintiff attorney, Rory Linerud.

IT IS SO ORDERED.

DATED this __25th__ day of __June__, 2025.

_____
HONORABLE ANDREW D. HALLMAN
UNITED STATES MAGISTRATE JUDGE

ORDER – 406(b) FEES                                          1

Presented by:

/s/ Rory J. Linerud
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971)218-6954
Email: Rory@LinerudLawFirm.com
Fax: (503)877-6691